**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF INDIANA HAMMOND DIVISION AT HAMMOND

Case number *(if known)* _____   Chapter  **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
<div style="text-align:right">06/22</div>

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Tekman Industries, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-4455522** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1155 Arrowhead Court**<br>**Crown Point, IN 46307** | **14937 Sheila Court**<br>**Oak Forest, IL 60452-2273** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Lake** | **Location of principal assets, if different from principal place of business** |
| County | **1155 Arrowhead Court Crown Point, IN 46307** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Tekman Industries, LLC**                                    Case number (*if known*) _____
                    Name

**7.**    **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_**4233**_

**8.**    **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**    **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Tekman Industries, LLC**
_____
Name

Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor | _____ |
| District | _____ When _____ |

Relationship _____
Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **Tekman Industries, LLC**                                          Case number (*if known*) _____
          Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000             ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million         ☐ More than $50 billion

Debtor    **Tekman Industries, LLC**                  Case number (*if known*) _____
        Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 17, 2023** _____
                MM / DD / YYYY

**X /s/ Mary Ellen Derman** _____       **Mary Ellen Derman** _____
    Signature of authorized representative of debtor            Printed name

Title    **Sole Member Manager** _____

---

**18. Signature of attorney**

**X /s/ Kenneth A. Manning** _____    Date **August 17, 2023** _____
    Signature of attorney for debtor                            MM / DD / YYYY

**Kenneth A. Manning 9015-45** _____
Printed name

**Manning & Mouratides, P.C.** _____
Firm name

**120 W. Clark Street**
**Crown Point, IN 46307** _____
Number, Street, City, State & ZIP Code

Contact phone    **(219) 865-8376** _____    Email address    **trusteemanning@gmail.com** _____

**9015-45 IN** _____
Bar number and State

Debtor  **Tekman Industries, LLC**                                          Case number (*if known*) _____
_____
Name

---

 **Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **8/17/2023**
             MM / DD / YYYY

X _Mary Ellen Derman_                          Mary Ellen Derman
Signature of authorized representative of debtor        Printed name

Title  **Sole Member Manager**

18. **Signature of attorney**       X _____       Date  **8/17/2023**
                                    Signature of attorney for debtor          MM / DD / YYYY

**Kenneth A. Manning 9015-45**
Printed name

**Manning & Mouratides, P.C.**
Firm name

**120 W. Clark Street**
**Crown Point, IN 46307**
Number, Street, City, State & ZIP Code

Contact phone  **(219) 865-8376**       Email address  **trusteemanning@gmail.com**

**9015-45 IN**
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Tekman Industries, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF INDIANA HAMMOND DIVISION AT HAMMOND |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### ■ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| Executed on | **August 17, 2023** | X **/s/ Mary Ellen Derman** |
| | | Signature of individual signing on behalf of debtor |
| | | **Mary Ellen Derman** |
| | | Printed name |
| | | **Sole Member Manager** |
| | | Position or relationship to debtor |

**Fill in this information to identify the case:**

Debtor name **Tekman Industries, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF INDIANA HAMMOND DIVISION AT HAMMOND

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
☑  *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
☑  *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
☑  *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
☑  *Schedule H: Codebtors (Official Form 206H)*
☑  *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
☐  Amended Schedule
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8/17/23

X _Mary Ellen Derman_
Signature of individual signing on behalf of debtor

**Mary Ellen Derman**
Printed name

**Sole Member Manager**
Position or relationship to debtor

Official Form 202                     Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name: **Tekman Industries, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF INDIANA HAMMOND DIVISION AT HAMMOND

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*...................................................................  $        **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................  $     **71,122.21**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................  $     **71,122.21**

| Part 2: | Summary of Liabilities |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................  $        **0.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................  $        **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...........................  +$     **435,217.88**

4. **Total liabilities** ....................................................................................................
Lines 2 + 3a + 3b     $     **435,217.88**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Tekman Industries, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF INDIANA HAMMOND DIVISION AT HAMMOND

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase Bank | Checking | 5182 | $37,067.01 |
| 3.2. | First Merchants Bank -0- Balance | Checking | 3223 | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $37,067.01 |
|---|

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | Moress LLC | |
|---|---|---|
| 7.1. | Security Deposit for Lease @ 1155 Arrowhead Court, Crown Point, IN 46307 | $8,250.00 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor    **Tekman Industries, LLC**                                              Case number *(if known)* _____
_____
Name

Description, including name of holder of prepayment

| 9. | **Total of Part 2.** | $8,250.00 |
|----|----------------------|-----------|
|    | Add lines 7 through 8. Copy the total to line 81. | |

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11b. Over 90 days old: | 4,010.50 | - | 1.00 | =.... | $4,009.50 |
|------------------------|----------|---|------|-------|-----------|
|                        | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 12,481.00 | - | 1.00 | =.... | $12,480.00 |
|------------------------|-----------|---|------|-------|------------|
|                        | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 9,316.70 | - | 1.00 | =.... | $9,315.70 |
|------------------------|----------|---|------|-------|-----------|
|                        | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $25,805.20 |
|-----|----------------------|------------|
|     | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:    Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Materials Supplies Inventory Sheet will be provided to the Trustee** | 7/2023 | Unknown | Recent cost | Unknown |

| 20. | **Work in progress** |
|-----|----------------------|

| 21. | **Finished goods, including goods held for resale** |
|-----|-----------------------------------------------------|

| 22. | **Other inventory or supplies** |
|-----|---------------------------------|

| 23. | **Total of Part 5.** | $0.00 |
|-----|----------------------|-------|
|     | Add lines 19 through 22.  Copy the total to line 84. | |

| Debtor | **Tekman Industries, LLC** | Case number *(If known)* | |
| | Name | | |

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** Computer, Printer, misc office supplies | **$0.00** | | **Unknown** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | **$0.00** |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

Debtor    **Tekman Industries, LLC**                                    Case number *(If known)* _____
          Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>Saws, work benches, etc. | Unknown | N/A | Unknown |

**51.    Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| | |
|---|---|
| | $0.00 |

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor  **Tekman Industries, LLC**                                    Case number *(If known)* _____
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $37,067.01 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $8,250.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $25,805.20 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...............................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $71,122.21 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $71,122.21 |

**Fill in this information to identify the case:**

Debtor name    **Tekman Industries, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF INDIANA HAMMOND DIVISION AT HAMMOND

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name   **Tekman Industries, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF INDIANA HAMMOND DIVISION AT HAMMOND

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address **Albion Dispensing Solutions** 1250 N. Church Street Moorestown, NJ 08057 Date(s) debt was incurred _ Last 4 digits of account number **Tekman** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **Unpaid Vendor-Amount shown maynot include accrued penalities or interest.** Is the claim subject to offset? ☑ No ☐ Yes | **$1.00** |
| **3.2** | Nonpriority creditor's name and mailing address **AmeriGas 5236** PO Box 45264 Westlake, OH 44145 Date(s) debt was incurred **2023** Last 4 digits of account number **5041** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **Unpaid Utility Bill** Is the claim subject to offset? ☑ No ☐ Yes | **$93.33** |
| **3.3** | Nonpriority creditor's name and mailing address **Angel Pallets Corp** 855 South Hancock Street Gary, IN 46403 Date(s) debt was incurred **2023** Last 4 digits of account number **Tekman** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **Unpaid Vendor-Amount shown maynot include accrued penalities or interest.** Is the claim subject to offset? ☑ No ☐ Yes | **$150.00** |
| **3.4** | Nonpriority creditor's name and mailing address **Cardmember Service** PO Box 6294 Carol Stream, IL 60197-6294 Date(s) debt was incurred **2023 and prior** Last 4 digits of account number **5076** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **Unpaid Business Credit Card; Amount shown does not include late fees and interest accrued.** Is the claim subject to offset? ☑ No ☐ Yes | **$30,251.00** |

Debtor **Tekman Industries, LLC**                                    Case number (if known) _____
         Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $339.41 |

**City of Crown Point**
**101 North East Street**
**Crown Point, IN 46307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **0001**

Basis for the claim:  **Unpaid business debt Utility Bill**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.00 |

**Cloudbusters**
**891 E. Summit Street**
**Crown Point, IN 46307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

Basis for the claim:  **Unpaid Vendor-Amount shown maynot include accrued penalities or interest.**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,812.07 |

**Echotape USA Inc**
**9001 Avon Suite 100**
**Canada H4X 2G8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023 & prior**

Last 4 digits of account number  **Tekman**

Basis for the claim:  **Unpaid Vendor-Amount shown maynot include accrued penalities or interest.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,137.66 |

**First Citizen Bank**
**155 Commerce Way**
**Portsmouth, NH 03801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **6199**

Basis for the claim:  **Fork Lift. Debtor surrendered vehicle back to bank. Amount shown is balance owed as of date of surrerender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,779.82 |

**First Merchants Bank NA**
**PO Box 792**
**Muncie, IN 47308-0792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9-24-21**

Last 4 digits of account number  **1766**

Basis for the claim:  **Commerical Loan.  Unpaid Business Debt. Amount shown maynot include accrued penatlies or interest.**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $575.07 |

**GEMCO**
**PO Box 846**
**Danville, IL 61834-0846**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **9750**

Basis for the claim:  **Unpaid Vendor-Amount shown maynot include accrued penalities or interest.**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Tekman Industries, LLC**
_____
Name

Case number *(if known)* _____

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,349.67** |

**General Insulation/Chicago Branch**
**1005 W. Republic Drive**
**Suite A**
**Addison, IL 60101-3108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **1415**

**Basis for the claim:  Unpaid Vendor-Amount shown maynot include accrued penalities or interest.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$72.68** |

**Hinckley Springs**
**200 Eagles Landing Boulevard**
**Lakeland, FL 33810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **2093**

**Basis for the claim:  Unpaid business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.00** |

**Icon Property Owner Pool 6**
**West/Southwest LLC**
**c/o Link Logistics Real Estate Mgt LLC**
**90 Park Avenue 32nd Floor**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/27/2021**

Last 4 digits of account
number  **Teckman Industries**

**Basis for the claim:  Unpaid Lease/Cancellation of Lease for 14704 East 33rd Place Auroro, CO. Unsure of exact amount owed.  Lease was through 12/31/2026. Notice Pupose. Ended Vacated Since 2022**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,608.25** |

**Intergrity Trade Services**
**2034 45th Street**
**Highland, IN 46322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **_**

**Basis for the claim:  Unpaid Business Debt-Amount shown maynot include accrued penalities or interest.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$385.00** |

**J&A Pallets**
**1225 Arnold Street**
**Chicago Heights, IL 60411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **6669**

**Basis for the claim:  Unpaid Vendor-Amount shown maynot include accrued penalities or interest.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.00** |

**MG Grath**
**1387 E. Cape Avenue**
**Saint Paul, MN 55109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **_**

Last 4 digits of account number  **1076**

**Basis for the claim:  Unpaid Business Debt. Notice Entry**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Tekman Industries, LLC**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

| 3.17 | Nonpriority creditor's name and mailing address |
|---|---|

---

**3.17** | **Nonpriority creditor's name and mailing address**

**Moress LLC**
**PO Box 1097**
**Crown Point, IN 46307**

Date(s) debt was incurred  **6/2021**

Last 4 digits of account number  **Tekamn**

As of the petition filing date, the claim is: *Check all that apply.*          **$100,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Lease/Cancellation of Lease for 1155 Arrowhead Court. Crown Point IN 4307. Amount shown is lease through 6/30/24**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address**

**Nexus Employment Solutions Plus Inc**
**600 W. 81st Avenue**
**Merrillville, IN 46410**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **Tekman**

As of the petition filing date, the claim is: *Check all that apply.*          **$2,130.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address**

**NuWay Disposal**
**1501 175th Street**
**Homewood, IL 60430**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **Tekman**

As of the petition filing date, the claim is: *Check all that apply.*          **$1,535.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor-Amount shown maynot include accrued penalities or interest.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address**

**Old Dominion Freight Line Inc**
**500 Old Dominion Way**
**Thomasville, NC 27360**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **3071**

As of the petition filing date, the claim is: *Check all that apply.*          **$2,341.45**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor-Amount shown maynot include accrued penalities or interest.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address**

**Penske Truck Leasing**
**Corporate Sales Office**
**Route 10 Green Hills**
**Reading, PA 19603**

Date(s) debt was incurred  _____

Last 4 digits of account number  _____

As of the petition filing date, the claim is: *Check all that apply.*          **$1.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Penske Truck Lease**
**Debtor surrendered vehicle back to bank. Amount shown is balance owed as of date of surrender**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address**

**Redline Logistics**
**1001 Labore Industrial Circle**
**Suite C**
**Vadnais Heights, MN 55110**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **Tekman**

As of the petition filing date, the claim is: *Check all that apply.*          **$8,409.88**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor-Amount shown maynot include accrued penalities or interest.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Tekman Industries, LLC**                                    Case number (if known) _____
_____
Name

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Roxul USA Inc - Rockwool**
PO Box 392363
Pittsburgh, PA 15251-9363

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2023 & prior

**Last 4 digits of account number**  8895

**Basis for the claim:**  Unpaid Vendor-Amount shown maynot include accrued penalities or interest.

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,304.32 |

**Schneider National Inc**
2567 Paysphere Circle
Chicago, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2023 and prior

**Last 4 digits of account number**  6630

**Basis for the claim:**  Unpaid Vendor-Amount shown maynot include accrued penalities or interest.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $75.00 |

**Superfleet Mastercard**
PO Box 923928
Norcross, GA 30010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2023

**Last 4 digits of account number**  _

**Basis for the claim:**  Unpaid Vendor-Amount shown maynot include accrued penalities or interest.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $173,896.96 |

**Thermafiber**
Owens Cornings Sales LLC
One Owens Corning Parkway
Toledo, OH 43659-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2023 and prior

**Last 4 digits of account number**  8075

**Basis for the claim:**  Unpaid Vendor-Amount shown maynot include accrued penalities or interest.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,850.00 |

**TQL Quality Logistics**
PO Box 634558
Cincinnati, OH 45263-4558

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2023 and prior

**Last 4 digits of account number**  8891

**Basis for the claim:**  Unpaid Vendor-Amount shown maynot include accrued penalities or interest.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**U.S. Small Business Administration**
SBA Disaster Loan Service Center
2 North 20th Street Suite 320
Birmingham, AL 35203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2021

**Last 4 digits of account number**  8103

**Basis for the claim:**  Notice Purpose

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Tekman Industries, LLC**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **$1,080.31** |

**Unline**
PO Box 88741
Chicago, IL 60680-1741

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023 and prior_

**Basis for the claim:** _Unpaid Vendor-Amount shown may not include accrued penalities or interest._

**Last 4 digits of account number** _4010_

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Amerigas**<br>PO Box 371473<br>Pittsburgh, PA 15250-7473 | Line _3.2_<br>☐ Not listed. Explain ____ | _5041_ |
| 4.2 | **Cardmember Service**<br>PO Box 94014<br>Palatine, IL 60094-4014 | Line _3.4_<br>☐ Not listed. Explain ____ | _5076_ |
| 4.3 | **Cardmember Service**<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Line _3.4_<br>☐ Not listed. Explain ____ | _5076_ |
| 4.4 | **Echotape USA Inc**<br>PO Box 2095<br>Champlain, NY 12919 | Line _3.7_<br>☐ Not listed. Explain ____ | _6436_ |
| 4.5 | **First Citizens Bank & Trust Co**<br>PO Box 856502<br>Minneapolis, MN 55485-6502 | Line _3.8_<br>☐ Not listed. Explain ____ | _6199_ |
| 4.6 | **First Merchants Bank**<br>PO Box 7011<br>Muncie, IN 47308 | Line _3.9_<br>☐ Not listed. Explain ____ | _9853_ |
| 4.7 | **First Merchants Bank**<br>Scherervill Banking Center<br>PO Box 792<br>Muncie, IN 47308-0792 | Line _3.9_<br>☐ Not listed. Explain ____ | _1766_ |
| 4.8 | **Old Dominion Freight Line Inc**<br>14933 Collection Center Drive<br>Chicago, IL 60693-4933 | Line _3.20_<br>☐ Not listed. Explain ____ | _3071_ |
| 4.9 | **Owens Corning Sales LLC**<br>62375 Collections Center Drive<br>Chicago, IL 60693 | Line _3.26_<br>☐ Not listed. Explain ____ | _8075_ |

Debtor  **Tekman Industries, LLC**
_____
        Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.10 **Rockwool**<br>**8024 Esquesing Line**<br>**Milton ON, L9T 6W3** | Line **3.23**<br><br>☐ Not listed. Explain ____ | **7856** |
| 4.11 **SBA**<br>**PO Box 3918**<br>**Portland, OR 97208** | Line **3.28**<br><br>☐ Not listed. Explain ____ | **8103** |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | **0.00** |
| **5b. Total claims from Part 2** | 5b.  + $ | **435,217.88** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | **435,217.88** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Tekman Industries, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF INDIANA HAMMOND DIVISION AT HAMMOND |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest     **14704 E. 33rd Place Aurora, CO Lease 10/27/2021-12/31/2026 Ended Vacated Since 2022**<br><br>State the term remaining     **12/31/2026**<br><br>List the contract number of any government contract | **Icon Property Owner Pool 6 West/Southwest LLC c/o Link Logistics Real Estate Mgt LLC 90 Park Avenue 32nd Floor New York, NY 10016** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest     **1155 Arrowhead Court Crown Point Indiana Lease 7/1/21 thru 6/30/24**<br><br>State the term remaining     **Lease End 6/30/24**<br><br>List the contract number of any government contract | **Moress LLC PO Box 1097 Crown Point, IN 46307** |

| Fill in this information to identify the case: |
| --- |

Debtor name      **Tekman Industries, LLC**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF INDIANA HAMMOND DIVISION AT HAMMOND

Case number (if known)      _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Mary E. Derman** | **Disputed - Landlord Lease** | **Moress LLC** | ☐ D _____ <br> ■ E/F ___3.17___ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Tekman Industries, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF INDIANA HAMMOND DIVISION AT HAMMOND

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:** **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>**Year 2023 Final Income (P/L), disbursements) have not been issued. Debtor, in 2023 was in "wind down" mode.  No "active jobs/orders were conducted in 2023.**<br>■ Other | $1.00 |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | $-41,151.00 |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | $-145,941.00 |
| **For the fiscal year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other | $29,765.00 |
| **For the fiscal year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other | $4,720.00 |

Debtor    **Tekman Industries, LLC**                                Case number *(if known)*

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  . | | $0.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>■ Other **Debtor upon filing will provide the Trustee with a complete copy of the Debtor's checkbook register and A/P payments made.** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Penkse** | **Penske Vehicle Lease 2020 International MV 607 Truck**<br><br>**Penske Vehicle Lease 2019 Morgan Dry Freight Aluminum Van**<br><br>**Debtor voluntarily surrendered vehicles back to Penske** | **8-2023** | **$0.00** |

Debtor    **Tekman Industries, LLC**                                 Case number *(if known)*

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **First Citizen Bank** | **Fork Lift**<br><br>**Debtor voluntarily surrendered ForkLift bank to lieholder** | **8/2023** | **$0.00** |
| . | **Small inventory returns back to vendor/supplier.** | **2023** | **$0.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

Debtor  **Tekman Industries, LLC**                                    Case number *(if known)*

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Manning & Mouratides, P.C.** **120 W. Clark Street** **Crown Point, IN 46307** | **Bankruptcy Attorney Fee & Filing Fee** | **6/2023** | **$2,835.00** |
| **Email or website address** **trusteemanning@gmail.com** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. **Bartowksi Lift Safety Corp** **100 Jackson Street** **Houston, TX 77002** | **Mitshubish Caterpiller GC25 Seriel # xxx702** **Sold for $1000.00** | **8/2/2023** | **Unknown** |
| **Relationship to debtor** **None** | | | |

---

**Part 7:**  Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **14704 E. 33rd Place** **Englewood, CO 80110** | **10/2021 thru 2022** |
| 14.2. **340 E. Sauk Trail** **Chicago Heights, IL 60411** | **2019-2021** |

**Part 8:**  Health Care Bankruptcies

Debtor    **Tekman Industries, LLC**
_____    Case number *(if known)* _____

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

<div style="background:black;color:white;"> **Part 9:** </div>   **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

<div style="background:black;color:white;"> **Part 10:** </div>   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **First Merchants Bank**<br>**Schererville, IN 46375** | **XXXX-3266** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **9/2022** | **$0.00** |
| 18.2. | **First Secure Bank & Trust**<br>**10360 S. Roberts Road**<br>**Palos Hills, IL 60465** | **XXXX-5073** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **5/2022** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

Debtor    **Tekman Industries, LLC**                                    Case number *(if known)*

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

Debtor  **Tekman Industries, LLC** _____  Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.  **Tekman Industries LLC** | **Sales/Distribution** | EIN:  **83-4455522** |
| | | From-To  **4/2019-Present Date** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Mary Ellen Derman** | **2019-Present** |
| 26a.2.  **Lori Nelson** | **Office Manager,<br>Since April 2022 to<br>Present** |
| 26a.3.  **Angelica Mercado** | **Employee -<br>Accountants<br>Payable<br>Left April 2023** |
| 26a.4.  **Robert Byrns E.A.<br>9501 W. 144th Place<br>Suite 101<br>Orland Park, IL 60462** | **2022-2023 Tax<br>Accountant** |
| 26a.5.  **McMahon & Associates<br>Calumet Avenue<br>Munster, IN 46321** | **Tax Accountant<br>CPA, for Business<br>2019. 2020 and 2021.** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.  **Mary Ellen Derman<br>14937 Sheila Court<br>Oak Forest, IL 60452-2273** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Schneider National Inc (2022)<br>2567 Paysphere Circle<br>Chicago, IL 60674** |

Debtor    **Tekman Industries, LLC**                                    Case number *(if known)*

| Name and address |
|---|
| 26d.2.    **First Merchants Bank (2021)**<br>**PO Box 792**<br>**Muncie, IN 47308** |
| 26d.3.    **SBA Disaster Loan (2021)** |

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.    **Lori Nelson** | **July 2023** | **Inventory List Will be Provided to Trustee** |

| Name and address of the person who has possession of inventory records |
|---|
| **Tekman Industries LLC** |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mary Ellen Derman** | **14937 Sheila Court**<br>**Oak Forest, IL 60452-2273** | **Sole Member/Manager** | **100%** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.    **Mary Ellen Derman** | **Last paycheck taken/received was $1,578.00 as "final paycheck.** | **5/31/2022** | **Salary** |

| Relationship to debtor |
|---|
| **Sole Owner/Manager** |

## 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No

☐ Yes. Identify below.

Debtor   **Tekman Industries, LLC**                                     Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:**  Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 17, 2023**

**/s/ Mary Ellen Derman**                                    **Mary Ellen Derman**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Sole Member Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

Debtor    Tekman Industries, LLC                              Case number *(if known)* _____

| Name of the parent corporation | Employer Identification number of the parent corporation |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    8/17/23

_Mary Ellen Derman_                              Mary Ellen Derman
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Sole Member Manager**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Indiana Hammond Division at Hammond

In re  **Tekman Industries, LLC**

Debtor(s)

Case No.

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,500.00 |
| Prior to the filing of this statement I have received | $ | 2,500.00 |
| Balance Due | $ | 0.00 |

2.  $ **335.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 17, 2023**

*Date*

/s/ Kenneth A. Manning
**Kenneth A. Manning 9015-45**
*Signature of Attorney*
**Manning & Mouratides, P.C.**
**120 W. Clark Street**
**Crown Point, IN 46307**
**(219) 865-8376  Fax: (219) 865-4054**
**trusteemanning@gmail.com**
*Name of law firm*

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Indiana Hammond Division at Hammond

In re  Tekman Industries, LLC _____    Case No. _____

Debtor(s)    Chapter    7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,500.00 |
| Prior to the filing of this statement I have received | $ | 2,500.00 |
| Balance Due | $ | 0.00 |

2.  $  335.00   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____  8/17/23  _____

Date

Kenneth A. Manning 9015-45
*Signature of Attorney*
**Manning & Mouratides, P.C.**
**120 W. Clark Street**
**Crown Point, IN 46307**
**(219) 865-8376  Fax: (219) 865-4054**
**trusteemanning@gmail.com**
*Name of law firm*

(6/2010)

# United States Bankruptcy Court
### Northern District of Indiana Hammond Division at Hammond

In re    **Tekman Industries, LLC**                                    Case No. _____

                                      Debtor(s)          Chapter    **7** _____


# VERIFICATION OF CREDITOR MATRIX


The above-named debtor(s) verifies under penalty of perjury that the attached list of creditors is true and correct to the best of his/her knowledge.



Date:    **August 17, 2023**                    **/s/ Mary Ellen Derman**
                                       **Mary Ellen Derman**/**Sole Member Manager**
                                       Signer/Title

(6/2010)

# United States Bankruptcy Court
## Northern District of Indiana Hammond Division at Hammond

In re ___Tekman Industries, LLC_____  Case No. _____
                                    Debtor(s)          Chapter    7

# VERIFICATION OF CREDITOR MATRIX

The above-named debtor(s) verifies under penalty of perjury that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   8/17/23

_Mary Ellen Derman/Sole Member Manager_
Signer/Title

ALBION DISPENSING SOLUTIONS
1250 N. CHURCH STREET
MOORESTOWN, NJ 08057


AMERIGAS
PO BOX 371473
PITTSBURGH, PA 15250-7473


AMERIGAS 5236
PO BOX 45264
WESTLAKE, OH 44145


ANGEL PALLETS CORP
855 SOUTH HANCOCK STREET
GARY, IN 46403


CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM, IL 60197-6294


CARDMEMBER SERVICE
PO BOX 94014
PALATINE, IL 60094-4014


CARDMEMBER SERVICE
PO BOX 15298
WILMINGTON, DE 19850-5298


CITY OF CROWN POINT
101 NORTH EAST STREET
CROWN POINT, IN 46307


CLOUDBUSTERS
891 E. SUMMIT STREET
CROWN POINT, IN 46307

```
ECHOTAPE USA INC
9001 AVON SUITE 100
CANADA H4X 2G8


ECHOTAPE USA INC
PO BOX 2095
CHAMPLAIN, NY 12919


FIRST CITIZEN BANK
155 COMMERCE WAY
PORTSMOUTH, NH 03801


FIRST CITIZENS BANK & TRUST CO
PO BOX 856502
MINNEAPOLIS, MN 55485-6502


FIRST MERCHANTS BANK
PO BOX 7011
MUNCIE, IN 47308


FIRST MERCHANTS BANK
SCHERERVILL BANKING CENTER
PO BOX 792
MUNCIE, IN 47308-0792


FIRST MERCHANTS BANK NA
PO BOX 792
MUNCIE, IN 47308-0792


GEMCO
PO BOX 846
DANVILLE, IL 61834-0846


GENERAL INSULATION/CHICAGO BRANCH
1005 W. REPUBLIC DRIVE
SUITE A
ADDISON, IL 60101-3108
```

```
HINCKLEY SPRINGS
200 EAGLES LANDING BOULEVARD
LAKELAND, FL 33810


ICON PROPERTY OWNER POOL 6
WEST/SOUTHWEST LLC
C/O LINK LOGISTICS REAL ESTATE MGT LLC
90 PARK AVENUE 32ND FLOOR
NEW YORK, NY 10016


ICON PROPERTY OWNER POOL 6
WEST/SOUTHWEST LLC
C/O LINK LOGISTICS REAL ESTATE MGT LLC
90 PARK AVENUE 32ND FLOOR
NEW YORK, NY 10016


INDIANA DEPARTMENT OF REVENUE
PO BOX 0595
INDIANAPOLIS, IN 46206-0595


INDIANA DEPARTMENT OF REVENUE
BANKRUPTCY SECTION, ROOM N-203
100 NORTH SENATE AVENUE
INDIANAPOLIS, IN 46204


INTERGRITY TRADE SERVICES
2034 45TH STREET
HIGHLAND, IN 46322


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346


J&A PALLETS
1225 ARNOLD STREET
CHICAGO HEIGHTS, IL 60411


MG GRATH
1387 E. CAPE AVENUE
SAINT PAUL, MN 55109
```

```
MORESS LLC
PO BOX 1097
CROWN POINT, IN 46307


MORESS LLC
PO BOX 1097
CROWN POINT, IN 46307


NEXUS EMPLOYMENT SOLUTIONS PLUS INC
600 W. 81ST AVENUE
MERRILLVILLE, IN 46410


NUWAY DISPOSAL
1501 175TH STREET
HOMEWOOD, IL 60430


OFFICE OF THE ATTORNEY GENERAL
INDIANA GOVERNMENT CENTER SOUTH
FIFTH FLOOR
302 W. WASHINTON STREET
INDIANAPOLIS, IN 46204


OLD DOMINION FREIGHT LINE INC
500 OLD DOMINION WAY
THOMASVILLE, NC 27360


OLD DOMINION FREIGHT LINE INC
14933 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-4933


OWENS CORNING SALES LLC
62375 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


PENSKE TRUCK LEASING
CORPORATE SALES OFFICE
ROUTE 10 GREEN HILLS
READING, PA 19603
```

```
REDLINE LOGISTICS
1001 LABORE INDUSTRIAL CIRCLE
SUITE C
VADNAIS HEIGHTS, MN 55110


ROCKWOOL
8024 ESQUESING LINE
MILTON ON, L9T 6W3


ROXUL USA INC - ROCKWOOL
PO BOX 392363
PITTSBURGH, PA 15251-9363


SBA
PO BOX 3918
PORTLAND, OR 97208


SCHNEIDER NATIONAL INC
2567 PAYSPHERE CIRCLE
CHICAGO, IL 60674


SUPERFLEET MASTERCARD
PO BOX 923928
NORCROSS, GA 30010


THERMAFIBER
OWENS CORNINGS SALES LLC
ONE OWENS CORNING PARKWAY
TOLEDO, OH 43659-0001


TQL QUALITY LOGISTICS
PO BOX 634558
CINCINNATI, OH 45263-4558


U.S. SMALL BUSINESS ADMINISTRATION
SBA DISASTER LOAN SERVICE CENTER
2 NORTH 20TH STREET SUITE 320
BIRMINGHAM, AL 35203
```

```
UNITED STATES ATTORNEY OFFICE
5400 FEDERAL PLAZA
SUITE 1500
HAMMOND, IN 46320


UNLINE
PO BOX 88741
CHICAGO, IL 60680-1741
```

# United States Bankruptcy Court
## Northern District of Indiana Hammond Division at Hammond

In re    **Tekman Industries, LLC**                                    Case No.
                                              Debtor(s)          Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Tekman Industries, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 17, 2023**
Date

**/s/ Kenneth A. Manning**
**Kenneth A. Manning 9015-45**
Signature of Attorney or Litigant
Counsel for    **Tekman Industries, LLC**
**Manning & Mouratides, P.C.**
**120 W. Clark Street**
**Crown Point, IN 46307**
**(219) 865-8376 Fax:(219) 865-4054**
**trusteemanning@gmail.com**

### United States Bankruptcy Court
#### Northern District of Indiana Hammond Division at Hammond

In re  Tekman Industries, LLC _____ Debtor(s)

Case No. _____
Chapter  7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Tekman Industries, LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

8/17/23
Date

Kenneth A. Manning 9015-45
Signature of Attorney or Litigant
Counsel for  Tekman Industries, LLC
Manning & Mouratides, P.C.
120 W. Clark Street
Crown Point, IN 46307
(219) 865-8376 Fax:(219) 865-4054
trusteemanning@gmail.com